# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.  M-24-657-STE |
| ) | |
| **JASPER REED,** ) | |
| ) | |
| **Defendant.** ) | |

## PROTECTIVE ORDER

The United States' Unopposed Motion for Protective Order (Doc.18) is GRANTED as follows:

IT IS HEREBY ORDERED that any documents produced by the United States to Defendant Jasper Reed be disclosed only to defense counsel and the agents of defense counsel, except as necessary during criminal court proceedings or during interviews of Defendant or potential witnesses in preparation for a criminal trial or other criminal court proceedings.

IT IS FURTHER ORDERED that any documents which are shown to Defendant or potential witnesses by defense counsel for purposes of preparing for trial or other court proceedings not be retained by Defendant or witnesses for any purpose.

IT IS FURTHER ORDERED that defense counsel make the Defendant and potential witnesses aware of this Order prior to any disclosure and that defense counsel instruct the Defendant and potential witnesses not to disclose the information identified

above to others except in the presence of counsel and for the purpose of preparing for trial or other court proceedings.

IT IS SO ORDERED.

Dated this 12th day of November, 2024.

*Shon T. Erwin*

SHON T. ERWIN
United States Magistrate Judge

2